**No. 10-7550. Steven Rutherford, Petitioner v. Employment Standards Administration, et al.**

562 U.S. 1176, 131 S. Ct. 1036, 178 L. Ed. 2d 824, 2011 U.S. LEXIS 869.

January 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 8, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7765. Deborah L. Akers, Petitioner v. MBNA America Bank, N.A.**

562 U.S. 1176, 131 S. Ct. 1036, 178 L. Ed. 2d 824, 2011 U.S. LEXIS 887.

January 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 8, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7830. Roberto Rivera, Petitioner v. Ruth E. Smith, et al.**

562 U.S. 1176, 131 S. Ct. 1037, 178 L. Ed. 2d 824, 2011 U.S. LEXIS 846.

January 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 8, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Sotomayor took no part in the consideration or decision of this motion.

**No. 10-8020. Michael Spataro, Petitioner v. United States.**

562 U.S. 1176, 131 S. Ct. 1037, 178 L. Ed. 2d 824, 2011 U.S. LEXIS 737.

January 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 8, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-958. David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v. Independent Living Center of Southern California, Inc., et al. (two judgments).**

**No. 09-1158. David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v. California Pharmacists Association, et al.; David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v. California Hospital Association, et al.; David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v. Independent Living Center of Southern California, Inc., et al.; and David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioners v. Lydia Dominguez, By and Through Her Mother and Next Friend, Lisa Brown, et al.**